## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael T Dougherty a/k/a Michael
Thomas Dougherty a/k/a Michael Dougherty
      Cynthia A. Dougherty a/k/a Cindy A.
Dougherty a/k/a Cindy A. Smith a/k/a Cynthia A
Smith a/k/a Cindy A. Quinn a/k/a Cynthia A.
Quinn

               Debtor(s)

BK NO. 22-02058 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
08 Nov 2022, 14:03:32, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: d147c7b973d132b54a3bd369ae2a4d8a66ac683b18dbce90a70ac2e2bc434ec5