United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael T Dougherty  
Cynthia A Dougherty  
    Debtors

Case No. 22-02058-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 29, 2022      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Dougherty, Cynthia A Dougherty, 105 Cardinal Dr., Palmerton, PA 18071-5535 |
| 5502735 | + | Michael Dougherty, 170 S Independence Mall W, Philadelphia, PA 19106-3323 |
| 5502736 | + | Roger and Kathy Smith, 105 Cardinal Dr, Palmerton, PA 18071-5535 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2022 18:44:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503260 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:10 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:10 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502726 | | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2022 18:40:00 | Ally Financial, PO BOX 38092, Bloomington, MN 55438-0902 |
| 5502727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:12 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5502728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 18:44:16 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 18:44:16 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502730 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 29 2022 18:44:11 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 5503634 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502732 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, c/o DB Servicing, 6500 New Albany Rd.,, New Albany, OH 43054 |
| 5502731 | + | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5504358 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502733 | + | Email/Text: EBN@edfinancial.com | Nov 29 2022 18:40:00 | EdFinancial Services LLC, 120 N Seven Oaks |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Knoxville, TN 37922-2359 |
| 5504531 | + | Email/Text: EBN@edfinancial.com | Nov 29 2022 18:40:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5502734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:12 | GoodYear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5502737 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:09 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5502738 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:10 | SYNCB/Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 5502739 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:16 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5502740 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:02 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5502741 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:03 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 5502742 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:16 | SYNCB/Scorerewards, Po Box 965005, Orlando, FL 32896-5005 |
| 5502837 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason M Rapa | on behalf of Debtor 2 Cynthia A Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |

| | |
|---|---|
| Jason M Rapa | on behalf of Debtor 1 Michael T Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Michael T Dougherty,<br>aka Michael Thomas Dougherty, aka Michael Dougherty, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−02058−MJC |
| Cynthia A Dougherty,<br>aka Cindy A Smith, aka Cindy A Dougherty, aka Cynthia A Smith, aka Cynthia A Quinn, aka Cindy A Quinn, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 29, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 5, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 29, 2022 |

ntcnfhrg (08/21)