**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
    Michael and Cynthia Dougherty          :                    CHAPTER 13
                                               :                    CASE NO. 5:22-bk-02058

---

## <u>ORDER</u>

**AND NOW** this _____day of _____, 2024, it is hereby

ordered that Debtors, Michael and Cynthia Dougherty, Chapter 13 Bankruptcy No. 5:22-bk-02058 be

converted from Chapter 13 to Chapter 7

BY THE COURT:

_____
                               J.