United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael T Dougherty  
Cynthia A Dougherty  
    Debtors

Case No. 22-02058-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 13, 2024     Form ID: pdf010     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5502736 | + | Roger and Kathy Smith, 105 Cardinal Dr, Palmerton, PA 18071-5535 |
| 5502837 | + | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5503260 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 18:47:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 18:47:36 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502726 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2024 18:42:00 | Ally Financial, PO BOX 38092, Bloomington, MN 55438-0902 |
| 5502727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 18:48:38 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5502728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 18:48:13 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 18:47:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502730 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 13 2024 18:47:26 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 5503634 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 18:48:30 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5509573 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 18:48:37 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5510330 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 18:48:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5512910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 18:48:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5502732 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 18:42:00 | Discover Bank, c/o DB Servicing, 6500 New Albany Rd.,, New Albany, OH 43054 |
| 5502731 | + | Email/Text: mrdiscen@discover.com | Dec 13 2024 18:42:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5504358 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502733 | + | Email/Text: EBN@edfinancial.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5504531 | + | Email/Text: EBN@edfinancial.com | Dec 13 2024 18:42:00 | EdFinancial Services LLC, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| | | | Dec 13 2024 18:42:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5502734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 18:48:38 | GoodYear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5513704 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 18:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5508946 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 18:47:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5513875 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2024 18:43:00 | Legacy Mortgage Asset Trust 2021-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5502735 | + | Email/Text: PHILAW@weltman.com | Dec 13 2024 18:42:00 | Michael Dougherty, 170 S Independence Mall W, Philadelphia, PA 19106-3323 |
| 5508892 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 18:48:38 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:47:27 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5502738 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:48:10 | SYNCB/Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 5502739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:48:37 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5502740 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:47:19 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5502741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:48:30 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 5502742 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:48:38 | SYNCB/Scorerewards, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5513483 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason M Rapa | on behalf of Debtor 2 Cynthia A Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Jason M Rapa | on behalf of Debtor 1 Michael T Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Michelle McGowan | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Michael T. Dougherty, | : | Case No. 5:22-bk-02058-MJC |
| Cynthia A. Dougherty, | : | |
| | : | |
| Debtors. | : | |

## ORDER

Upon consideration of Debtors' Motion to Convert Chapter 13 Case to Chapter 7, Dkt. # 40 ("Motion"), after notice, and no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is hereby converted to a Chapter 7 proceeding.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 13, 2024