United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Michael T Dougherty<br>Cynthia A Dougherty<br>    Debtors | Case No. 22-02058-MJC<br>Chapter 7 |

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 3
Date Rcvd: Apr 09, 2025　　　　　　　　Form ID: 318　　　　　　　　　　　　Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol　　　　Definition**
+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Dougherty, Cynthia A Dougherty, 105 Cardinal Dr., Palmerton, PA 18071-5535 |
| 5502736 | + | Roger and Kathy Smith, 105 Cardinal Dr, Palmerton, PA 18071-5535 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Apr 09 2025 22:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503260 | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506089 | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502726 | | EDI: GMACFS.COM | Apr 09 2025 22:47:00 | Ally Financial, PO BOX 38092, Bloomington, MN 55438-0902 |
| 5502727 | + | EDI: CITICORP | Apr 09 2025 22:47:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5502728 | + | EDI: CAPITALONE.COM | Apr 09 2025 22:47:00 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502729 | + | EDI: CAPITALONE.COM | Apr 09 2025 22:47:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502730 | + | EDI: CAPONEAUTO.COM | Apr 09 2025 22:47:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 5503634 | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5509573 | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5510330 | | EDI: CAPITALONE.COM | Apr 09 2025 22:47:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5512910 | | EDI: CITICORP | Apr 09 2025 22:47:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5502732 | | EDI: DISCOVER | Apr 09 2025 22:47:00 | Discover Bank, c/o DB Servicing, 6500 New Albany Rd.,, New Albany, OH 43054 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5502731 | + | EDI: DISCOVER | Apr 09 2025 22:47:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5504358 | | EDI: DISCOVER | Apr 09 2025 22:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502733 | + | Email/Text: EBN@edfinancial.com | Apr 09 2025 18:46:00 | EdFinancial Services LLC, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5504531 | + | Email/Text: EBN@edfinancial.com | Apr 09 2025 18:46:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5502734 | + | EDI: CITICORP | Apr 09 2025 22:47:00 | GoodYear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5513704 | | EDI: JEFFERSONCAP.COM | Apr 09 2025 22:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5508946 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2025 18:46:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5513875 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2025 18:47:00 | Legacy Mortgage Asset Trust 2021-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5502735 | + | Email/Text: PHILAW@weltman.com | Apr 09 2025 18:46:00 | Michael Dougherty, 170 S Independence Mall W, Philadelphia, PA 19106-3323 |
| 5508892 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2025 18:46:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502737 | + | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5502738 | + | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 5502739 | + | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5502740 | + | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5502741 | + | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 5502742 | | EDI: SYNC | Apr 09 2025 22:47:00 | SYNCB/Scorerewards, Po Box 965005, Orlando, FL 32896-5005 |
| 5502837 | + | EDI: AISACG.COM | Apr 09 2025 22:47:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5513483 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 2 Cynthia A Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Jason M Rapa | on behalf of Debtor 1 Michael T Dougherty jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Michelle McGowan | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael T Dougherty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1623<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cynthia A Dougherty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9558<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–02058–MJC | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael T Dougherty
aka Michael Thomas Dougherty, aka Michael Dougherty

Cynthia A Dougherty
aka Cindy A Smith, aka Cindy A Dougherty, aka Cynthia A Smith, aka Cynthia A Quinn, aka Cindy A Quinn

**By the court:**

4/9/25

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**