United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 22-02058-MJC
Michael T Dougherty                            Chapter 7
Cynthia A Dougherty
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                               Page 1 of 2
Date Rcvd: Apr 09, 2025                      Form ID: fnldec                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Dougherty, Cynthia A Dougherty, 105 Cardinal Dr., Palmerton, PA 18071-5535 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

**Name**                       **Email Address**

Denise E. Carlon
                             on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com   bkgroup@kmllawgroup.com

Jason M Rapa
                             on behalf of Debtor 2 Cynthia A Dougherty jrapa@rapalegal.com
                             secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

Jason M Rapa
                             on behalf of Debtor 1 Michael T Dougherty jrapa@rapalegal.com
                             secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

Jill E. Durkin
                             jilldurkinesq@gmail.com   PA92@ecfcbis.com

Michelle McGowan
                             on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mimcgowan@raslg.com

United States Trustee                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael T Dougherty,<br>aka Michael Thomas Dougherty, aka Michael Dougherty, | Chapter 7 |
| **Debtor 1** | Case No. 5:22−bk−02058−MJC |
| Cynthia A Dougherty,<br>aka Cindy A Smith, aka Cindy A Dougherty, aka Cynthia A Smith, aka Cynthia A Quinn, aka Cindy A Quinn, | |
| **Debtor 2** | |

Social Security No.:
        xxx−xx−1623        xxx−xx−9558

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 9, 2025

**fnldec** (01/22)